

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00480-CV

ANGULA YVONNE TORRANCE-BEY                                    APPELLANT

V.

BANK OF AMERICA, N.A.                                              APPELLEE

------------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On July 9, 2013, this court received from the trial court a copy of the order sustaining a contest to appellant's affidavit of inability to pay costs signed July 12, 2013.

---

[1]*See* Tex. R. App. P. 47.4.

On July 19, 2013, we notified appellant that a filing fee of $175.00 was required by appellant by Monday, July 29, 2013, and that we would dismiss this appeal unless the $175 filing fee was paid. *See* Tex. R. App. P. 42.3(c).

Appellant has not paid the $175 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  August 22, 2013

---

[2]*See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).